# Exhibit B

Attorney Docket No. 017081

## ASSIGNMENT

We, Guangle Zeng; Chengbing Wang; and Feng Wang (each, an "Inventor," and collectively, the "Inventors"), all of China, have invented certain new and useful **Overload Prevention Device for Multi-Country Power Converter** for which U.S. Patent No. 12,199,387 issued on January 14, 2025.

**Dongguan Best Travel Electronics Co., Ltd.**, having its principal place of business at No. 6, Tonggu Middle Road, Shangjiao Community, Chang'an Town, Dongguan City, Guangdong Province, China ("Company"), is desirous of acquiring all rights, title, and interests in and to the Inventors' invention, all patent applications for the invention, and all patents which may be granted for or upon the invention and applications in the United States of America and anywhere in the world.

For the good and valuable consideration of $10 payable to each Inventor, the receipt and sufficiency of which are hereby acknowledged, each Inventor irrevocably assigns and transfers to Company the full and exclusive right, title, and interest, throughout the world, in and to the following:

(a) the invention;

(b) all United States patent applications for the invention;

(c) any and all refilings, divisions, continuations, continuations-in-part, and conversions of those United States patent applications;

(d) any and all patents of the United States of America which may issue from any of the above items;

(e) any and all reissue and reexamination certificates of those United States patents;

(f) any and all applications for the invention filed in any and all countries foreign to the United States of America;

(g) any and all refilings, divisions, and continuations of those foreign-filed applications;

(h) any and all patents, certificates, and registrations of countries foreign to the United States of America which may issue from those foreign-filed applications, refilings, divisions, and continuations;

(i) any and all extensions of, and additions to, the foreign-filed applications and patents, certificates, and registrations related thereto; and

(j) any and all claims, causes of action, and damages for past, present, and future infringement or other unauthorized use of the above items, along with the right to sue for and to collect damages and other relief.

Attorney Docket No. 017081

Each Inventor further agrees that upon request, that Inventor will promptly provide Company or its legal representatives all pertinent facts and documents relating to the invention and all other items listed above and will testify as to the same in any derivation proceeding, litigation, or other proceeding related thereto. Further, each Inventor will promptly execute and deliver to Company or its legal representatives any and all papers, instruments, and affidavits required to apply for, obtain, maintain, issue, and enforce all of the items listed above.

All of the above shall be held and enjoyed by Company and its successors, legal representatives, and assigns for their own use and benefit, for the full term for which the protections listed above may be granted, and each Inventor hereby authorizes and requests the Commissioner of Patents and Trademarks to issue patents to Company in accordance with this Assignment.

This Assignment does not create any agency, employment, or partnership relationship between the parties. Unless set forth in a separate writing signed by Company, no Inventor has any right or interest in any proceeds related in any way to the items listed above. All terms contained herein shall be construed as singular, plural, masculine, feminine, or neuter, as context requires.

This Assignment may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

*********************************************

**IN WITNESS WHEREOF,** this Agreement is executed on the date set forth below.

_/s/ Guangli Zeng_____     _2026.01.09_____
Guangli Zeng                                              Date

_/s/ Chengbing Wang_____     _2026.01.09_____
Chengbing Wang                                         Date

_/s/ Feng Wang_____     _2026.01.09_____
Feng Wang                                                 Date

Attorney Docket No. 017081

[This page left intentionally blank]