**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Dongguan Best Travel Electronics Co., Ltd., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 26-cv-00563 |
| v. | ) ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule CV-5.2, Dongguan Best Travel Electronics Co., Ltd. ("Plaintiff")

files this Motion requesting leave to file under seal:

- the unredacted version (submitted contemporaneously through the sealed document portal) of the following attachment to its Verified Complaint [1]: Schedule A [1-4], which lists the Defendant Internet Store with URL links, the product identification numbers of infringing products, and seller ID of the Defendant Internet Stores;

- the unredacted version (submitted contemporaneously through the sealed document portal) of the following attachment to its Verified Complaint [1]: Schedule A-1 [1-5], which contains claim charts mapping the claims of the '387 Patent to the accused products; and

- the unredacted version (submitted contemporaneously through the sealed document portal) of the following attachment to its Verified Complaint [1]:

1

Schedule A-2 [1-6], which lists the product identification numbers of infringing products and shows offers to sell those products into the Western District of Texas.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for utility patent infringement. Sealing this portion of the file is necessary to prevent Defendants from learning of these proceedings prior to the execution of the temporary restraining order. In this matter, Defendants would likely destroy relevant documentary evidence and hide and/or transfer assets to foreign jurisdiction if they were to learn of these proceedings prematurely, which would interfere with this Court's power to grant relief.

As required by Local Rule CV-5.2(a), Plaintiff has submitted unredacted versions of its Sealed Documents to the sealed document portal and has filed a public-record version of the Sealed Documents with only the sealed information removed via redactions. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Respectfully Submitted,

_/s/ *Joseph Hooper*_____
Joseph Hooper, WDTX #77011
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: (913) 499-1284
jhooper@avekip.com

*Attorney for Plaintiff*

2