**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

Dongguan Best Travel Electronics Co., Ltd.,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No. SA-26-CA-00563-XR

Honorable Xavier Rodriguez

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Dongguan Best Travel Electronics Co., Ltd. ("Plaintiff") hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendant(s):

| Defendant # | Seller Store Name | Seller ID | Product # |
|---|---|---|---|
| 4 | TRENFI Life&Tech | AVAP62EBF8RWA | B0F38PZ4BM |

Dated: September 10, 2026

Respectfully Submitted,

*/s/ Justin Poplin*
Justin Poplin, WDTX #21598
**AVEK IP, LLC**
7285 W. 132nd St., Ste. 340
Overland Park, KS 66213
P: 913.303.3841
jpoplin@avekip.com
*Attorney for Plaintiff*